IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES LYNOTT,<br><br>                              Petitioner,<br><br>          v.<br><br>TOM CAREY, Warden,<br><br>                              Respondent. | CIV S-06-0595 MCE CMK P<br><br>**ORDER** |

Good cause appearing, it is ordered that the time for the filing of Respondent's response be extended to and including June 5, 2006.

May 10, 2006

　　　　　　　　　　　　　　/s/   **CRAIG M. KELLISON**
　　　　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1