IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER JAMES LYNOTT,** | CIV S-06-0595 MCE CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, Warden,** | |
| Respondent. | |

Good cause appearing, it is ordered that the time for the filing of Respondent's response be extended to and including July 5, 2006.

June 1, 2006

/s/  **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1