IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JAMES LYNOTT,  No. CIV S-06-0595-MCE-CMK-P

   Petitioner,

   vs.                                                    ORDER

TOM CAREY, Warden,

   Respondent.

_____/

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the objections filed by respondent on October 26, 2006, the court hereby vacates the findings and recommendations (Doc. 12) issued on October 25, 2006. While the court remains satisfied that it reached the correct result, amended findings and recommendations will be issued to correct an error with respect to the standard of review applied to petitioner's claims.

IT IS SO ORDERED.

DATED: October 31, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1