IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES LYNOTT, | No. 2:06-cv-0595-MCE-CMK-P |
|     Petitioner, | |
|     v. | ORDER |
| TOM CAREY, Warden, | |
|     Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 19), filed on January 30, 2007.

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 29, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.

1  See Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's November 3, 2006,
2  amended findings and recommendations, petitioner has not made a substantial showing of the
3  denial of a constitutional right.
4     Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of
5  appealability is denied.

Dated:  February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE